| | |
|---|---|
| DEFENDANT: | Nathan Sugar |
| AGE/YOB: | 1989 |
| COMPLAINT FILED? | _____ Yes     ___x____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes    _x_ No<br>If No, a new warrant is required |
| OFFENSE(S): | Count 1: 18 U.S.C. § 1955 (prohibition of illegal gambling business)<br>Count 2: 18 U.S.C. § 371 (conspiracy)<br>Count 3: 18 U.S.C. § 1956(a)(1)(B)(i) (money laundering)<br>Count 4: 18 U.S.C. § 1956(a)(1)(A)(i) (money laundering)<br>Count 5: 18 U.S.C. § 1957 (money laundering) |
| LOCATION OF OFFENSE: | El Paso, Pueblo, Denver, Jefferson, Weld, and Arapahoe County, Colorado |
| PENALTY: | Counts 1 & 2: NMT 5 years' imprisonment; NMT $250,000 fine; NMT 3 years SR; $100 SA<br>Count 3 & 4: NMT 20 years' imprisonment; NMT $500,000 fine or twice the value of the property involved in the transaction; NMT 3 years SR; $100 SA<br>Count 5: NMT 10 years' imprisonment; NMT $250,000 fine or not more than twice the amount of criminally derived property involved in the transaction; NMT 3 years SR; $100 SA |
| AGENT: | KC Hughes, Special Agent, FBI<br>Lisa Palmer, Special Agent, IRS |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__ five days or less; __x_ over five days

THE GOVERNMENT

 X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(2).

The statutory presumption of detention is not applicable to this defendant.