| | |
|---|---|
| <u>DEFENDANT</u>: | Jovan Walker |
| <u>AGE/YOB</u>: | 1994 |
| <u>COMPLAINT FILED?</u> | _____ Yes    ___x____ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | __ Yes    _x_ No<br>If No, a new warrant is required |
| <u>OFFENSE(S)</u>: | Count 1: 18 U.S.C. § 1955 (prohibition of illegal gambling business)<br>Count 2: 18 U.S.C. § 371 (conspiracy) |
| <u>LOCATION OF OFFENSE</u>: | El Paso, Pueblo, Denver, Jefferson, Weld, and Arapahoe County, Colorado |
| <u>PENALTY</u>: | Counts 1 & 2: NMT 5 years' imprisonment; NMT $250,000 fine; NMT 3 years SR; $100 SA |
| <u>AGENT</u>: | KC Hughes, Special Agent, FBI<br>Lisa Palmer, Special Agent, IRS |
| <u>AUTHORIZED BY:</u> | Andrea Surratt<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

__ five days or less;  __x_ over five days

<u>THE GOVERNMENT</u>

 x_ will NOT seek detention in this case

The statutory presumption of detention is not applicable to this defendant.