AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.    23-cr-00222-GPG |
| | ) | |
| | ) | |
| Nathan Sugar | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Nathan Sugar                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

Prohibition of illegal gambling business in violation of 18 U.S.C. § 1955
Conpiracy in violation of 18 U.S.C. § 371
Money laundering in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2
Money laundering in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and 2
Money laundering in violation of 18 U.S.C. §§ 1957(a) and 2

Date:      04/19/2023                                                  s/ S. Dunbar
                                                                 *Issuing officer's signature*

City and state:      Denver, Colorado                        Jeffrey P. Colwell, Clerk U.S. District Court
                                                                 *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                    _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |