| | |
|---|---|
| DEFENDANT: | Nathan Sugar |
| AGE/YOB: | 1989 |
| COMPLAINT FILED? | _____ Yes   ___x____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   _x_ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | Count 1: 18 U.S.C. § 1955 (prohibition of illegal gambling business)<br>Count 2: 18 U.S.C. § 371 (conspiracy)<br>Count 3: 18 U.S.C. § 1956(a)(1)(B)(i) (money laundering)<br>Count 4: 18 U.S.C. § 1956(a)(1)(A)(i) (money laundering)<br>Count 5: 18 U.S.C. § 1957 (money laundering)<br>Counts 6–15: 26 U.S.C. § 7202 (trust-fund taxes)<br>Counts 16–19: 26 U.S.C. § 7203 (failure to file tax returns) |
| LOCATION OF OFFENSE: | El Paso, Pueblo, Denver, Jefferson, Weld, and Arapahoe County, Colorado |
| PENALTY: | Counts 1 & 2: NMT 5 years' imprisonment; NMT $250,000 fine; NMT 3 years SR; $100 SA<br>Count 3 & 4: NMT 20 years' imprisonment; NMT $500,000 fine or twice the value of the property involved in the transaction; NMT 3 years SR; $100 SA<br>Count 5: NMT 10 years' imprisonment; NMT $250,000 fine or not more than twice the amount of criminally derived property involved in the transaction; NMT 3 years SR; $100 SA<br>Counts 6–15: NMT 5 years' imprisonment; NMT $250,000 fine; NMT 3 years SR; $100 SA<br>Counts 16–19: NMT 1 year imprisonment; NMT $100,000 fine; NMT 1 year SR; $25 SA |
| AGENT: | KC Hughes, Special Agent, FBI<br>Lisa Palmer, Special Agent, IRS |
| AUTHORIZED BY: | Andrea Surratt, Assistant U.S. Attorney<br>Matthew Hoffman, Trial Attorney, DOJ Tax Division |

ESTIMATED TIME OF TRIAL:

__ five days or less;  __x_ over five days

THE GOVERNMENT

  X   will seek detention in this case based on 18 U.S.C. § 3142(f)(2).

The statutory presumption of detention is not applicable to this defendant.