AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) Case No. 23-cr-00222-GPG |
| Nathan Sugar | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nathan Sugar,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Prohibition of illegal gambling business in violation of 18 U.S.C. § 1955 (Count 1)
Conspiracy in violation of 18 U.S.C. § 371 (Count 2)
Money laundering in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2; 18 U.S.C. §§ 1956(a)(1)(A)(i) and 2; and 18 U.S.C. §§ 1957(a) and 2 (Counts 3, 4, and 5)
Failure to pay taxes in violation of 26 U.S.C. § 7202 (Counts 6-15)
Failure to file an income tax return in violation of 26 U.S.C. § 7203 (Counts 16-19)

Date: 07/26/2023

s/ S. Chaplin
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk U.S. District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*