IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00222-GPG

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    NATHAN SUGAR,
2.    JONATHAN ARVAY, and
3.    JOVAN WALKER,

       Defendants.

## MOTION

    The United States of America, through Assistant United States Attorney Andrea Surratt, respectfully files this motion for an Order to unrestrict the docket and documents filed thereon in the above-captioned case.

    As grounds for this motion, the Government states the following:

    1.    On April 19, 2023, defendants NATHAN SUGAR, JONATHAN ARVAY, and JOVAN WALKER (the "Defendants") were indicted in the above-captioned matter. ECF #1. On July 26, 2023, a superseding indictment was returned against the defendants. Arrest warrants for the Defendants were issued along with the indictment and the superseding indictment.

    2.    None of the Defendants have been arrested on the indictment or superseding indictment. Accordingly, the docket remains restricted from public view.

    3.    The Government intends to contact the attorneys for the Defendants and offer the Defendants an opportunity to surrender to authorities on the arrest warrants

issued in connection with the superseding indictment. Accordingly, and in preparation for that, Government requests that docket 23-cr-222-GPG and the documents filed thereon be unrestricted (except for the documents currently filed at Level 4 restriction, to which the Government does not have access).

WHEREFORE, the Government respectfully requests that the Court unrestrict docket 23-cr-222-GPG as described herein.

Respectfully submitted this 31st day of July, 2023.

COLE FINEGAN
United States Attorney

By: *s/ Andrea Surratt*
ANDREA SURRATT
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: andrea.surratt@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

> *s/Portia Peter*
> Legal Assistant
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> Telephone: 303-454-0100
> Email: Portia.peter@usdoj.gov