IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00222-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    NATHAN SUGAR,
2.    JONATHAN ARVAY, and
3.    JOVAN WALKER,

    Defendants.

_____

**ORDER**
_____

Upon consideration and for good cause shown:

IT IS ORDERED that docket 23-cr-00222-GPG and the documents filed thereon (except those filed at Level 4 restriction) be unrestricted.

IT IS SO ORDERED on this _____ day of July, 2023.

BY THE COURT:

_____
HON. GORDON P. GALLAGHER
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO